UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00079-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JESUS ANTILLON-ESCUDERO,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, April 5, 2011,** and responses to these motions shall be filed by **Tuesday, April 19, 2011.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, will be set at a future date upon the request of counsel.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, May 9, 2011 at 9:00 a.m. in courtroom A-1002.**

Dated:  March 15, 2011

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge