UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00079-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JESUS ANTILLON-ESCUDERO,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A further Change of Plea hearing **is set for Monday, June 27, 2011, at 9:00 a.m., in courtroom A-1002.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated:  June 17, 2011.